UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brittany R. o/b/o J.A.S.,                      Civ. No. 25-2478 (PAM/DLM)

       Plaintiff,

v.                                                                **ORDER**

Frank Bisignano, Commissioner
of Social Security,

       Defendant.

---

This matter is before the Court on Defendant's request for extension of time. Defendant seeks an additional 30 days to file a response brief. Plaintiff does not oppose the request.

Defendant has established that he is entitled to the extension he seeks. Accordingly, **IT IS HEREBY ORDERED** that Defendant's request for extension of time (Docket No. 11) is **GRANTED** and Defendant may file his response brief pursuant to Rule 7 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) by November 10, 2025.

Dated: October 2, 2025                                       *s/ Paul A. Magnuson*
                                                                     Paul A. Magnuson
                                                                     United States District Court Judge